Kane et al. *v.* Preston et al.

JANE C. KANE et al. *vs.* ZENAS PRESTON et el.

A sale of real estate under an execution after its return day, is void. *Lehr v. Rogers*, 3 S. & M. 468, cited and confirmed.

In error from the circuit court of Adams county; Hon. Stanhope Posey, judge.

The facts are contained in the opinion.

*Reed*, for appellants.

Mr. Justice YERGER delivered the opinion of the court.

In this case, the lessor of the plaintiff, to show title in himself, offered as evidence a sheriff's deed and a *venditioni exponas*, by virtue of which the property was sold; from which it appeared that the sale was made after the return day of the writ. On motion, the court rejected them. In this, there was no error. In the case of *Lehr* v. *Rogers*, 3 S. & M. 468, it was

12*

held, that a sale of real estate under an execution after its return day, is void.

Let the judgment be affirmed.